IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:11CR00013 |
| v. | ) | **ORDER** |
| | ) | |
| **DANIEL ANTHONY BRADLEY, ET AL.**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

It appearing that no objections have been timely filed to the Report and Recommendation of the magistrate judge entered January 18, 2012 (ECF No. 56), it is **ORDERED** as follows:

1. The Report and Recommendation is fully ACCEPTED; and

2. Defendants' Motion to Suppress (ECF No. 46) and Supplement to Corrected Joint Motion to Suppress (ECF No. 52) are DENIED.

ENTER: February 16, 2012

/s/ James P. Jones
United States District Judge